UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 3,<br><br>       Plaintiff,<br><br>  -against-<br><br>DARREN K. INDYKE et al,<br><br>       Defendants. | 24-CV- 02192 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

In line with this Court's ruling in the related case, *Bensky et al. v. Indyke et al.* (24cv1204), Plaintiff's motion to proceed under a pseudonym is GRANTED IN PART. Plaintiff Jane Doe 3 is permitted to proceed under pseudonym until such time as the Court orders her name to be disclosed. In the event that this action proceeds beyond resolution of Defendants' motion to dismiss, Defendants will be permitted to seek to preclude Plaintiff from continuing to proceed pseudonymously. And the Court reserves the right to modify this Order as the case progresses.

The Clerk of Court is directed to terminate the motion at Dkt. 9.

SO ORDERED.

Dated: May 15, 2024
   New York, New York

                       _____
                       ARUN SUBRAMANIAN
                       United States District Judge